UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ISAAC ZAMORA,

        Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS,

        Defendant.

CASE NO. C10-5347RJB/JRC

ORDER TO PROVIDE SERVICE DOCUMENTS

    This Civil Rights Action has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4. Plaintiff is proceeding in forma pauperis.

    Plaintiff did not provide a filled-out service form or service copies of the complaint. The Clerk's office is directed to send Mr. Zamora one service form. Plaintiff must fill out the form and supply two copies of his complaint for service. The documents must be filed on or before July 9, 2010, or the court will recommend this action be dismissed for failure to prosecute.

    The Clerk's Office is directed to note the July 9, 2010, date on the Court's calendar.

    DATED this 7th day of June, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1