UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISAAC ZAMORA,<br><br>                    Plaintiff,<br>    v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>                    Defendant. | No. 10-5347RJB/JRC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AS MOOT |

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  Before the court is a letter from plaintiff asking for an extension of time to file service documents (Dkt. # 10).  The court ordered service of this action on August 5, 2010 (Dkt. # 12).  Defendant answered the complaint on September 7, 2010 (Dkt. # 17).  The plaintiff's motion is DENIED as an extension of time is not needed.

      DATED this 8th day of September, 2010.

                                                                                                      J. Richard Creatura
                                                                                                       United States Magistrate Judge

ORDER - 1