UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ISAAC ZAMORA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　Defendant. | Case No. C10-5347RJB<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura. Dkt. 26. The Court has considered the Report and Recommendation, objections, if any, and the file herein. The Report and Recommendation should be adopted and the Plaintiff's complaint should be dismissed.

It is hereby **ORDERED** that:

• The Report and Recommendation (Dkt. 26) is **ADOPTED**;

• This case is **DISMISSED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 14th day of February, 2011.

_____
Robert J Bryan
United States District Judge

ORDER
Page - 1