# United States District Court

WESTERN DISTRICT OF WASHINGTON

ISAAC ZAMORA

v.

DEPARTMENT OF CORRECTIONS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5347RJB

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt.26) is **ADOPTED**; and

The case is **DISMISSED**.

____February 15, 2011____
Date

____BRUCE RIFKIN____
Clerk

____*s/CM Gonzalez*____
Deputy Clerk